ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DAVID L. LANDON ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. CV205-141 |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come plaintiff DAVID L. LANDON and defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, through their respective attorneys of record, and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear his/its own costs and expenses of litigation.

[SIGNATURES ON FOLLOWING PAGE]

APPROVED:

_____
Judge, U.S. District Court

This 30 day of January, 2006.

_____
Carlton Gibson
Georgia Bar No. 292819

Attorney for Plaintiff

Post Office Box 2630
Brunswick, Georgia 31521
(912) 265-7753 - *Telephone*

_____
Michael A. Coval
Georgia Bar No. 190730
Stacia L. Guthrie
Georgia Bar No. 315920

Attorneys for Defendant

CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220 - *Telephone*
(404) 658-9726 - *Facsimile*